IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO:  CR-1-00-94-03 |
| vs. | ) |
| | ) |
| EDWARD L. PHILPOT, JR., | ) JUDGE WEBER |
| | ) |
| SSN: XXX-XX-2856 | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| Midway Storage & Distribntion | ) |
| | ) |
| Garnishee. | ) |

ORDER FOR  A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the

Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants

Plaintiff's application.

IT IS SO ORDERED.

DATE: _1 / 8 / 07_____

_____
UNITED STATES DISTRICT JUDGE