IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RECEIVED

JAN 17 2007

U.S. ATTORNEY - SDOH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
|  | ) CASE NO: CR-1-00-94-03 |
| vs. | ) |
| EDWARD L. PHILPOT, JR., | ) JUDGE WEBER |
| SSN: XXX-XX-2856 | ) |
| Defendant, | ) |
| and | ) |
| Midway Storage & Distribution | ) |
| Garnishee. | ) |

(Amended)
**ANSWER OF THE GARNISHEE**

_Susan Kinder_, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

A.  That he/she is the _Controller_ (state official title, relationship, etc.) of Garnishee, Midway Storage & Distribution.

B.  On _Jan. 12_, 2007, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. _X_ Yes ___ No. (If the answer is yes, complete items 1 and 2 below): SK 1/25 _See note below_.

1.  Debtor's pay period is ____ weekly, ____ bi-weekly, ____ semi-monthly, ____ monthly. Enter the date the present pay period began. ____ ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. ____

Note: The debtor is hired to work certain jobs and is laid off when it is completed. All wages are paid when debtor is laid off. We anticipate employing debtor in future.

2. The amount of the Debtor's net wages are:
   a) Gross Pay                          _____
   b) Federal Income Tax                 _____
   c) F.I.C.A. Income Tax                _____
   d) State Income Tax                   _____
   e) Total of tax withholdings          _____
   f) Net Wages ( total is (a) less total of (e))  _____

C. Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) _____ Yes __X__ No.

If the answer is yes, describe below.

_____
_____

D. In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, etc.) in which the Debtor maintains an interest.

_____ Yes __X__ No (If the answer is yes, describe below)

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

E. Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only):

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ -0- | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

F. Complete items 1 through 3 below, if applicable:

1. The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.

   _____
   _____
   _____

2. The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

   _____
   _____
   _____

3. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest, and is not liable as Garnishee in this action for the following reason(s):

   _____
   _____
   _____

G. The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

   (1) Clerk U.S. District Court
   U.S. Postoffice & Courthouse, Rm #103
   Cincinnati, OH 45202

   (2) the Debtor:
   Edward L. Philpot, Jr.
   704 Gordon Smith Blvd, Apt#11
   Hamilton, OH 45013

   (3) the attorney for the United States:

   Deborah F. Sanders
   Assistant United States Attorney
   Southern District of Ohio
   303 Marconi Boulevard, Suite 200
   Columbus, Ohio 43215-2401

                                    _Susan Kindee_  513-539-3489
                                    Garnishee & Telephone Number

Subscribe and sworn to before me this  _12th_  day of _January_, 2007.

                                    _Barbara L. Mitchell_
                                    BARBARA L. MITCHELL Notary Public
                                    NOTARY PUBLIC, STATE OF OHIO
                                    MY COMMISSION EXPIRES JUNE 17, 20__  Commission expires: _June 17, 2011_