# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>**Plaintiff** )<br> )<br>vs. )<br> )<br>**EDWARD L. PHILPOT, JR.,** )<br> )<br>**SSN: XXX-XX2856** )<br>**Defendant,** )<br> )<br>**and** )<br> )<br>**Midway Storage & Distribution** )<br> )<br>**Garnishee.** ) | **CASE NO: CR-1-00-94-03**<br><br>**JUDGE WEBER** |

## CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR
## AND ON GARNISHEE

This is to certify under penalty of perjury that on January 11, 2007, the following documents were mailed, by certified mail, return receipt requested, to the Defendant Edward L. Philpot,Jr., 704 Gordon Smith Blvd, Apt#11, Hamilton, OH 45013.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

Attached hereto is a copy of the return receipt card evidencing the receipt of said mailings on

January 12, 2007.

I further certify under penalty of perjury that on January 11, 2007, the following documents were mailed, by certified mail, return receipt requested to Garnishee, Midway Storage & Distribution, Attn: Human Resources, 30 Overbrook Dr., Ste. 4, Monroe, OH 45050.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions to Debtor.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee;

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

6. Answer of the Garnishee.

Attached hereto is a copy of the Return of Service document evidencing service on January 12, 2007.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Application for a Certificate of Service on Judgment Debtor and on Garnishee was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 30th day of January, 2007 to:

Edward L. Philpot, Jr.,
704 Gordon Smith Blvd, Apt#11,
Hamilton, OH  45013

Midway Storage & Distribution
Attn: Human Resources
30 Overbrook Dr., Ste. 4
Monroe, OH  45050

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney