PROB 12B
(12/98)

Rec'd 3/14/07
LLD

# United States District Court
## for
## District of Southern Ohio
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Edward Eugene Philpot**          Case Number: **1:00CR00094-03**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
                                       **United States Senior District Judge**

Date of Original Sentence: **July 9, 2001**

Original Offense: **Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine in Excess of Five Grams and Marijuana, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)**

Original Sentence: **37 month(s) prison, 48 month(s) supervised release**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **September 15, 2003**

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows: **Philpot will successfully complete 120 days on home confinement with electronic monitoring.**

### CAUSE

**Philpot was recently convicted of Disorderly Conduct in Hamilton Municipal Court. Additionally, in February 2007, Philpot was arrested on two separate occasions. He failed to report either arrest. He failed to report to the probation department as instructed and failed to report a change of address.**

Respectfully submitted,                         Approved,

by  *[signature]*                               by  *[signature]*

**Mark R. Grawe**                               **John C. Cole**
U. S. Probation Officer                         Supervising U. S. Probation Officer
Date:   **March 12, 2007**                      Date:   **March 12, 2007**

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

*[signature]*
Signature of Judicial Officer

**3/15/07**
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

     I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Philpot will successfully complete 120 days on home confinement with electronic monitoring.

Witness: _Mark R. [signature]_                    Signed: _Edward 2. Philpot_
          U.S. Probation Officer                                Probationer or Supervised Releasee

                        March 12, 2007
                           DATE