*Rec'd 4/30/07
QQB*

PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Edward Eugene Philpot**                     Case Number: **1:00CR00094**

Name of Sentencing Judicial Officer:      **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **July 9, 2001**

Original Offense: **Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine in Excess of Five Grams and Marijuana, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)**

Original Sentence: **37 month(s) prison,  48 month(s) supervised release**

Type of Supervision: **Term Of Supervised Rel ease** Date Supervision Commenced: **September 15, 2003**

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. |
| | On February 11, 2007, Philpot was arrested and charged with Assault and two counts of Aggravated Menacing. These charges are currently pending in Hamilton Municipal Court in case numbers 07CRB00875A-C. Additionally, on February 25, 2007, Philpot was arrested and charged with Disorderly Conduct. He was convicted of Disorderly Conduct on February 26, 2007 in Hamilton Municipal Court in case number 07CRB01117. It should be noted Philpot failed to disclose both of these arrests to the Probation Department within 72 hours. The arrests were discovered during a routine record check. |
| #2 | Condition #2: You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month. |
| | Philpot failed to report to the Probation Department for a scheduled office visit on January 22, 2007. Additionally, he did not submit his monthly supervision report for January 2007 until February 28, 2007. |
| #3 | Condition #6: You shall notify the probation officer ten days prior to any change of residence or employment. |
| | In early January 2007, Philpot changed his residence. He did not inform the Probation Department of this change in residence until February 28, 2007. |

PROB 12A
(12/98)

2

U.S. Probation Officer Action: On March 15, 2007, Your Honor signed an order modifying the terms of Philpot's supervision to include completion of 120 days home confinement with electronic monitoring as a sanction for these violations. On March 29, 2007, Philpot was instructed to make arrangements to have electronic monitoring installed in his residence. By April 16, 2007, Philpot still had not made arrangements to have electronic monitoring installed in his residence. On April 16, 2007 Philpot was given a deadline of April 25, 2007, to have electronic monitoring installed successfully in his residence. On April 25, 2007, Philpot notified the probation office that the phone company would be out in three to five days to install the second phone line he needs to begin his 120 days of home confinement with electronic monitoring. Philpot has been given a deadline of May 2, 2007, to commence his period of home confinement with electronic monitoring. The purpose of this report is to inform Your Honor of the delay in the start of Philpot's period of home confinement with electronic monitoring. This officer respectfully recommends that no further action be taken against Philpot at this time.

Respectfully submitted,                    Approved,

by                                         by

**Melissa Mutter**                         **John Cole**

U. S. Probation Officer                    Supervising U. S. Probation Officer

Date:   **April 26, 2007**                 Date:   **April 26, 2007**

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

Signature of Judicial Officer

5/13/07

Date