# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

Name of Offender: **Edward Eugene Philpot**                Case Number: **1:00CR00094-003**

Name of Sentencing Judicial Officer:   **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **July 9, 2001**

Original Offense: **Conspiracy to Possess With Intent to Distribute and to Distribute Methamphetamine in Excess of Five Grams and Marijuana, in violation of 21 U.S.C. §§ 846 and 841 (a)(1) and (b)(1)(B)**

Original Sentence: **37 month(s) prison, 48 month(s) supervised release, $100 special assessment & $2,000 fine.**

Type of Supervision: **Term Of Supervised Release**   Date Supervision Commenced: **September 15, 2003**

---

On September 14, 2007, Philpot's term of supervised release will expire. As of this date, Philpot has an outstanding fine balance of $128.54. On January 10, 2007 a Writ of Continuing Garnishment ordered by Your Honor was issued to Philpot's employer, Midway Storage and Distribution ordering that 25% of Philpot's income be garnished and paid toward his fine balance. Since the writ was issued ,$1,211.46 has been collected and paid toward Philpot's fine balance. Philpot's wages will continue to be garnished until his fine is paid in full.

U.S. Probation Officer Action: It is respectfully recommended that if a fine balance remains at the time Philpot's term of supervised release expires that his term of supervised release be allowed to expire with that fine balance.

Respectfully submitted,                Approved,

by *[signature]*                by *[signature]*

**Melissa Mutter**                **John Cole**
U. S. Probation Officer            Supervising U. S. Probation Officer
Date:   **August 3, 2007**         Date:   **August 3, 2007**

---

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer
8/13/07