**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>       **Plaintiff** )<br>        )<br>       **vs.** )<br>        )<br>**EDWARD L. PHILPOT,** )<br>        )<br>**SSN: XXX-XX-2856** )<br>       **Defendant,** )<br>        )<br>       **and** )<br>        )<br>**Midway Storage & Distribution** )<br>        )<br>       **Garnishee.** ) | CASE NO: CR-1-00-94-03<br><br>JUDGE WEBER |

## PLAINTIFF'S MOTION TO QUASH THE GARNISHEE ORDER

Plaintiff, United States of America, pursuant to 28 U.S.C. §3205(10), respectfully moves this Honorable Court to quash the Garnishee Order (Doc. #135) filed on February 27, 2007 in the above captioned case. Plaintiff has received notification from the Garnishee indicating that the Garnishee is in no manner under liability to the Defendant Edward L. Philpot. The Defendant no longer is employed by the Garnishee (Exhibit A). Therefore, it is respectfully requested that the February 27, 2007 Garnishee Order against the property of Edward L. Philpot be quashed.

                                             Respectfully submitted,

                                             GREGORY G. LOCKHART
                                             United States Attorney

                                             s/Deborah F. Sanders
                                             DEBORAH F. SANDERS (0043575)
                                             Assistant United States Attorney
                                             Southern District of Ohio
                                             303 Marconi Boulevard, Suite 200
                                             Columbus, Ohio  43215-2401
                                             (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Motion to Quash Garnishee Order was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 12th day of December, 2007 to:

Edward L. Philpot, Jr.,
704 Gordon Smith Blvd, Apt#11,
Hamilton, OH  45013

Midway Storage & Distribution
Attn: Human Resources
30 Overbrook Dr., Ste. 4
Monroe, OH  45050

    s/Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney