NAME: USA vs. Edward Philpot
      SSN: 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

1) EMPLOYMENT START DATE: _5/23/2005_

RECEIVED

2) CURRENTLY EMPLOYED: YES OR (NO) (circle one)

           2007

3) JOB TITLE: _LABORER_

U.S. ATTORNEY - SDOH

4) ANNUAL GROSS INCOME: _22,600 - 2006_
                                     _11,100 - 2007_

5) IF NOT CURRENTLY EMPLOYED, PLEASE GIVE DATE OF
TERMINATION: _7/20/2007_

    IF KNOWN, PLEASE PROVIDE PLACE OF NEW EMPLOYMENT:

    EMPLOYER NAME: _UNKNOWN_
    EMPLOYER ADDRESS: _____

    TELEPHONE NO.: _____

6) HOME ADDRESS OF EMPLOYEE (IF AVAILABLE, AS REFLECTED IN YOUR
RECORDS): _704 Gordon Smith Blvd., Apt 11_
_Hamilton, OH 45013_

TELEPHONE NO.: _513-907-2123_

7) MAILING ADDRESS OF YOUR PAYROLL DEPARTMENT AND PAYROLL
OFFICER'S NAME:
_30 OVERBROOK DR., SUITE D_
_MONROE, OH 45050_
_____
_____
_____

_12/3/07_
DATE

_Susan Kinder_
SIGNATURE OF CERTIFYING OFFICIAL

_Controller    513-539-3489_
TITLE AND PHONE NUMBER



GOVERNMENT
EXHIBIT