IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) |
| | ) CASE NO: CR-1-00-94-03 |
| vs. | ) |
| | ) |
| EDWARD L. PHILPOT, | ) JUDGE WEBER |
| SSN: XXX-XX-2856 | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| Midway Storage & Distribution | ) |
| | ) |
| Garnishee. | ) |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Garnishee Order (Doc. #135) and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee in this action is in no manner liable as Garnishee,

**IT IS HEREBY ORDERED** that the February 27, 2007 Garnishee Order against the property of Edward L. Philpot be quashed.

Date: 12/13/07

_____
UNITED STATES DISTRICT JUDGE