NAME: USA vs. Edward Philpot
SSN: 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

1) EMPLOYMENT START DATE: 5/23/2005

2) CURRENTLY EMPLOYED: YES OR (NO) (circle one)

3) JOB TITLE: LABORER

4) ANNUAL GROSS INCOME: 22,600 - 2006
   11,100 - 2007

5) IF NOT CURRENTLY EMPLOYED, PLEASE GIVE DATE OF TERMINATION: 7/20/2007

   IF KNOWN, PLEASE PROVIDE PLACE OF NEW EMPLOYMENT:

   EMPLOYER NAME: UNKNOWN
   EMPLOYER ADDRESS: ___

   TELEPHONE NO.: ___

6) HOME ADDRESS OF EMPLOYEE (IF AVAILABLE, AS REFLECTED IN YOUR RECORDS): 704 Gordon Smith Blvd., Apt 11 Hamilton, OH 45013

TELEPHONE NO.: 513-907-2123

7) MAILING ADDRESS OF YOUR PAYROLL DEPARTMENT AND PAYROLL OFFICER'S NAME:

   30 Overbrook Dr., Suite D
   Monroe, OH 45050

12/3/07
DATE

Susan Kinder
SIGNATURE OF CERTIFYING OFFICIAL

Controller  513-539-3489
TITLE AND PHONE NUMBER


GOVERNMENT EXHIBIT