IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                          : CRIMINAL NO: CR-1-00-94-03
                                  : JUDGE WEBER

EDWARD L. PHILPOT,

        Defendant.

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                                   Respectfully submitted,

                                                   GREGORY G. LOCKHART
                                                   United States Attorney

                                                   s/Deborah F. Sanders
                                                   DEBORAH F. SANDERS (0043575)
                                                   Assistant United States Attorney
                                                   Southern District of Ohio
                                                   303 Marconi Boulevard, Suite 200
                                                   Columbus, Ohio 43215-2401
                                                   (614) 469-5715

## **CERTIFICATE OF SERVICE**

     A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Edward L. Philpot, 704 Gordon Smith Blvd, Apt#11, Hamilton, OH 45013 by first class mail, postage prepaid, this 16th day of April, 2008.

                                                   s/Deborah F. Sanders
                                                 DEBORAH F. SANDERS (0043575)
                                               Assistant United States Attorney